
**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:07CR3023-04 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER |
| RAMON D. SCHACHTA, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion to Extend Deadline for Discovery, filing ____.

The Court being duly advised in the premises, finds that the Motion should be granted. The government is given until February 16, 2007 to submit discovery to defendant.

DATED February 6, 2007.

BY THE COURT

David L. Piester
United States Magistrate Judge