IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:07CR3023 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | TENTATIVE FINDINGS ON REVISED |
| RAMON D. SCHACHTA, | ) | PRESENTENCE INVESTIGATION |
| | ) | REPORT AND ADDENDUM |
| Defendants. | ) | |

I have before me the document labeled "Presentence Investigation Report," which, according to page 2 was revised on July 23, 2007. I shall refer to it as "Presentence Investigation Report, as revised."

In the Addendum of the Presentence Investigation Report, as revised, appear objections by the government to the drug quantity attributable to the defendant. The government calculates the "offense level" as 34, which I interpret as being the base offense level. The probation officer's response reflects that he now has added certain drug quantities, bringing the defendant "to a base offense level of 34."

I tentatively find that the Presentence Investigation Report, as revised is true and accurate.

Objections may be made to these tentative findings, but no evidence has been requested and none shall be received.

Dated July 23, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge