IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | 4:07CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| RAMON D. SCHACHTA, | ) | ORDER ON MOTION TO SEAL |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the Motion to Seal, filing 243, is granted.

Dated February 18, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge