IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:07CR3023 |
| v. | ) | |
| RAMON D. SCHACHTA, | ) | ORDER GRANTING ORAL MOTION TO CONTINUE RULE 35(b) HEARING |
| Defendants. | ) | |

During a conference call with chambers, Bruce Gillan on behalf of the government, and Korey Reiman on behalf of the defendant orally moved for a continuance of the Rule 35(b) hearing.

IT IS ORDERED that:

1. the Rule 35(b) hearing is continued to April 28, 2009, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. because counsel for the defendant has indicated that the defendant wants to be connected to the hearing by telephone, defense counsel shall on or before April 24, 2009, make arrangements for the conference call with the facility housing the defendant and provide to my judicial assistant the name of the defendant's case manager and the telephone number where the defendant can be reached at the time of the hearing.

Dated February 23, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge