IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:07CR3023 |
| v. | ) | |
| RAMON D. SCHACHTA, | ) | ORDER ON ORAL MOTION TO CONTINUE RULE 35(b) HEARING |
| Defendants. | ) | |

Counsel for the defendant orally requested a continuance of the Rule 35(b) hearing in this matter. Counsel states that he is participating in a trial in Beatrice, Nebraska, that has exceeded its projected duration and is ongoing. There being no objection to the continuance by the government,

IT IS ORDERED that:

1. the oral motion by defense counsel to continue the Rule 35(b) Hearing, docket entry 248, is granted;

2. the hearing is continued to May 11, 2009, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. defense counsel shall on or before May 7, 2009, notify my judicial assistant and provide to her the name of Ramon D. Schachta's case agent and the telephone number where Mr. Schachta can be reached at the time of the hearing.

Dated April 29, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge